IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wisniewski, Scott A

Printed: 9/4/07

Case Number: 07 B 12237
Judge: Squires, John H
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: August 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 15,885.19 | 0.00 |
| 3. | Internal Revenue Service | Priority | 1,913.04 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 5. | Resurgence Financial LLC | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 57.47 | 0.00 |
| 8. | 6816 N Ridge Condo Association | Unsecured | 52.80 | 0.00 |
| 9. | Cook County Treasurer | Priority |  | No Claim Filed |
| 10. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 11. | Illinois Dept Of Employment Sec | Priority |  | No Claim Filed |
| 12. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
| 13. | CACV Inc | Unsecured |  | No Claim Filed |
| 14. | Calvary Investments LLC | Unsecured |  | No Claim Filed |
| 15. | Calvary Investments LLC | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 18. | American Chartered Bank | Unsecured |  | No Claim Filed |
| 19. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 20. | Miracle Financial Inc | Unsecured |  | No Claim Filed |
| 21. | Founders Insurance | Unsecured |  | No Claim Filed |
| 22. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | Park Dansan | Unsecured |  | No Claim Filed |
| 25. | Zenith Acquisition | Unsecured |  | No Claim Filed |

6                                                                                                                                                     Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wisniewski, Scott A

Printed: 9/4/07

Case Number: 07 B 12237
Judge: Squires, John H
Filed: 7/10/07

| | | | |
|---|---|---|---|
| 26. | Ameri Collect | Unsecured | No Claim Filed |
| 27. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 28. | Nelson & Gary D.D.S. | Unsecured | No Claim Filed |
| 29. | Miracle Financial Inc | Unsecured | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | No Claim Filed |

_____                     _____
$ 17,908.50                        $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_